AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

MAY – 6 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jason Dion Johnson | ) | |
| | ) | **H16-669 M** |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 6, 2016 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(B) and 18 U.S.C. § 2252A(a)(5)(B) | Distribution, Reciept and Possession of materials constituting and/or containing child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan J. Shultz, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-6-16

_____
*Judge's signature*

City and state:  Houston, Texas

US Magistrate Judge Mary Milloy
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Shultz, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest and performing other duties imposed by law. During my assignment with the FBI I have participated in the execution of search warrants for documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I have investigated many cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers were used as the means for receiving, transmitting and storing child pornography as defined in Title 18, United States Code, Section 2256.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached Complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individuals and events described herein. The information contained in this affidavit is based on my firsthand knowledge as well as information obtained through witness interviews conducted by me or other Law Enforcement Officers or Special Agents of the FBI and a review of various records.

1

3. A growing phenomenon on the Internet is peer to peer file sharing (hereinafter, "P2P"). P2P file sharing is a method of communication available to Internet users through the use of special software. The software is designed to allow users to trade digital files through a worldwide network that is formed by linking computers together.

4. On or about December 6, 2015, Federal Bureau of Investigation (FBI) Special Agent Robert Guerra, using a computer connected to the Internet and utilizing a law enforcement tool that allows single-source downloads from the Ares P2P network, conducted an investigation into the sharing of child pornography through that network.

5. SA Guerra identified a computer on the Ares P2P file sharing network with the IP address of 66.199.92.184 as a potential download candidate (source) for at least 94 files of investigative interest. SA Guerra directed his investigation to this computer at IP address 66.199.92.184 as it had been detected as being associated with investigative files of interest by investigators conducting keyword searches or hash value searches for files related to child exploitation material including child pornography on the Ares network.

6. Between December 6, 2015, and February 13, 2016, SA Guerra successfully completed the download of approximately 21 complete video files via single source download, which the computer at IP address 66.199.92.184 was making available. Following the downloads, your Affiant viewed the files downloaded from the computer at IP address 66.199.92.184 and determined that each respective file depicted child pornography as defined by Title 18 United States Code 2256. Below is a description of three of the downloaded files that meet the federal definition of child pornography and their respective hash value:

**File Name:** !!!!cry 10 yo vicky cum in mouth
**Hash Value:** FGD7FRAH5EE3KJS66MKW3Q5FPZVFXXH3
**Download Date:** December 6, 2015
**Description:** This is a video file that is approximately 2 minutes in length and depicts a female minor, who appears to be under the age of 10, being orally penetrated by an erect adult penis to include the adult male ejaculating into the female minor's mouth.

**File Name:** kait sugar) cindy (private)
**Hash Value:** 4SNSUO2CPYNMLUTUQVK7UQTSDMRZ6RI6
**Download Date:** January 16, 2016
**Description:** This is a video file that is approximately 60 seconds in length and portrays a female minor, who appears to be under five years of age, nude and in a bathtub with a nude adult male. The female minor masturbates the adult male's erect penis to the point of ejaculation.

**File Name:** cbaby - toddler girl katy[daddy cums again part2](4)
**Hash Value:** GTKDOP3AZ5HDTGAQP5WCDM3LDXDSRUQR
**Download Date:** February 13, 2016
**Description:** This is a video file that is approximately 24 seconds in length and depicts a female minor, who appears to be under five years of age, lying on her back, nude with her legs spread and her fingers spreading open her vagina while an adult male masturbates and ejaculates into her exposed vagina.

7.  Investigators determined that IP address 66.199.92.184 was registered to Internet Service Provider (ISP) Access Media 3. Results of an administrative subpoena sent to Access Media 3 revealed that during the times that SA Guerra conducted his online undercover sessions from December 6, 2015 through February 13, 2016, IP address 66.199.92.184 was assigned to an account registered to Jason Dion Johnson in Houston, Texas. The account in question was regarded as being in an active status as of February 29, 2016.

8.  On May 6, 2016, FBI Houston executed a federal search warrant at Jason Dion Johnson's residence in Houston, Texas. The apartment unit was unoccupied at the time of the search execution; however, the residence was confirmed as the residence of Jason Dion Johnson by mail observed within the apartment.

3

9.   During the course of the search, your affiant observed one desktop computer, three

laptop computers and numerous thumb drives located within the residence. A brief on-

site preview of two of the thumb drives revealed the presence of at least eight videos

which meet the federal definition of child pornography. Your affiant also located and

observed approximately thirty hard copy printouts depicting still images which meet the

federal definition of child pornography, some of which were dated back to 1998. The

victims portrayed in the aforementioned media were observed to range from infants to

young teenagers.  Below is a brief description of three of the images and videos that

were observed by your affiant:

**Media:** Hard Copy Printout
**Description:** This is a single still image photograph which depicts a female minor, who
appears to be under the age of 3, lying on her back, nude with her legs spread, and being
vaginally penetrated by an adult male's erect penis.

**Media:** Digital Thumb Drive Storage
**Description:**  This is a video which depicts two female minors, who appear to be under the
age of 10, masturbating with a foreign object.

**Media:** Digital Thumb Drive Storage
**Description:** This is a video which depicts a female minor, who appears to be under the age
of 12, being orally penetrated by an adult male's erect penis.

10. Furthermore, an on-site preview of several unmarked VHS tapes revealed the presence

of what appeared to be hidden camera video from a clothes changing area within a

school. At the onset of the video, Jason Dion Johnson was observed positioning the

camera. Following his departure from the field of view, young female students, believed

to be less than 15 years of age, were observed entering the cameras field of view and

removing their clothing while in the process of changing into a presumed band uniform.

4

11. On the same date, May 6, 2016, your affiant visited Beechnut Academy, where your affiant was advised that Jason Dion Johnson was employed as a 7th grade Social Studies teacher.

12. Jason Dion Johnson, hereinafter referred to as "Johnson", was encountered and, after being advised of his *Miranda Rights*, agreed to make a statement. Johnson advised that he had utilized the Ares Peer-To-Peer program to download digital media to include child pornography, which was initially an accident. After viewing it, child pornography was something that peaked Johnson's curiosity, which then led him to conduct searches in order to find it and he would subsequently download and save the child pornography. Johnson estimated he had been downloading and viewing child pornography for approximately the past eight or nine years, but possibly since as far back as 1998.

13. Johnson acknowledged an understanding of peer-to-peer programs with regard to having to conduct keyword searches for a topic of interest and then having to actively select and approve the desired files for download and receipt. Johnson also acknowledged an understanding that peer-to-peer programs are file sharing programs that are based on users sharing files with other users; however, Johnson attempted to take steps to prohibit his Ares profile from sharing child pornography files.

14. Your affiant presented Johnson with the option to review three contact sheets which contained several images that law enforcement had downloaded from a computer connected to the IP address registered to Johnson's personal residence. Johnson agreed to review the contact sheets and subsequently stated that he recognized two of the contact sheets as child pornography he had previously downloaded and viewed.

5

## **CONCLUSION**

15. Based on all information set forth above, your Affiant believes there is probable cause to

believe that on or about May 6, 2016,  Jason Dion Johnson, was in violation of Title 18

U.S.C. § 2252A (a)(2)(B) and  2252A (a)(5)(B)- the distribution, receipt and possession

of child pornography.

Ryan J. Shultz, SA, FBI


Subscribed and sworn before me this _____ 6th day of May 2016.


Mary Milloy
United States Magistrate Judge

6